WACHT, Deceased, and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

NEWS SYNDICATE COMPANY, INC., v. GATTI PAPER STOCK CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

. VINCENZINA CAROGANO v. GIOVANNI CAROGANO.— Motion for reargument or for leave to appeal to the Court of Appeals denied. If the facts now set forth in the affidavit of the defendant are true he may renew his motion upon proper papers at which time the court at Special Term may examine witnesses or send the matter to an official referee for investigation. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SANTO VANADIA v. CAMPBELL METAL WINDOW CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CRAMERTON MILLS, INC., v. NATHAN & COHEN Co., INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ROYAL INDEMNITY COMPANY v. ABRAHAM HELLER and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ANNIE SCHLOSSMAN, as Administratrix, etc., of SAMUEL SCHLOSSMAN, Deceased.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. ·

EDNA WEINSTEIN v. KEN-WEL SPORTING GOODS Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CRAMERTON MILLS, INC., v. NATHAN & COHEN Co., INC.— Motion denied, without prejudice to a motion at Special Term for an extension of time to reply to the counterclaims. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JAMES H. CASSIDY v. DAIRY PRODUCTS SERVICE STATION, INC.— Motion denied, with ten dollars costs. All proceedings to enforce judgment pending the granting or final refusal of leave to appeal by the Court of Appeals stayed, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act; and stay contained in order to show cause dated January 2, 1931, modified accordingly. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

M. ARGUESO & Co., INC., v. TRINIDAD CARDENAS and Others, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARTHA E. HERRMANN v. KATHARINE C. HERRMANN and Another, Individually and as Executrices, etc., of EDWARD P. HERRMANN, Deceased, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BENJAMIN L. WEIL v. ELLINDA CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.